No. 594. DANIEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Neil Brans* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 598. NACHTMAN v. JONES & LAUGHLIN STEEL CORP. C. A. 3d Cir. Certiorari denied. *David G. Bress* and *Sheldon E. Bernstein* for petitioner. *Walter J. Blenko* for respondent.

No. 600. J. M. HUBER CORP. v. FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *Henry H. Fowler* and *Marx Leva* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell, Howard E. Wahrenbrock* and *William L. Ellis* for the Federal Power Commission, and *Lawrence I. Shaw, F. Vinson Roach* and *Justin R. Wolf* for the Northern Natural Gas Co., respondents.

No. 604. CAPEHART v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Hayden C. Covington* and *Victor F. Schmidt* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 606. ADAMS ET AL., TRUSTEES, v. CONSTRUCTION AGGREGATES CORP. C. A. 2d Cir. Certiorari denied. *Cletus Keating* and *John F. Gerity* for petitioners. *Leonard J. Matteson* and *Richard F. Shaw* for respondent.

No. 554. TALIAFERRO v. TALIAFERRO. District Court of Appeal of California, First Appellate District. Certiorari denied.